**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 98 MAL 2019
                         :
           Respondent      :
                         : Petition for Allowance of Appeal from
                         : the Order of the Superior Court
          v.                  :
                         :
                         :
STEWART ENOS, : 
                         :
           Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.